# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00734-CV

**Luan Duy Nguyen, Individually and as Trustee for the Luan Duy Nguyen Revocable Management Trust and as Trustee for the Doan-Nghiem Thi Nguyen Revocable Management Trust, Appellant**

**v.**

**Rufina Hemmasi, and David Hemmasi, as Executor for the Estate of Majid Hemmasi, Deceased, d/b/a DRFM Investment, Appellees**

## FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
## NO. C-1-PB-23-001674, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on November 27, 2023. On November 27, 2023, we notified appellant that no clerk's record had been filed due to his failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by December 7, 2023. Further, the notice advised appellant that his failure to comply with this request could result in the dismissal of the appeal for want of prosecution. To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. *See* Tex. R. App. P. 37.3(b). In this case, appellant has not established that he is entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution. All pending motions are dismissed as moot.

_____

Edward Smith, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: December 21, 2023